UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-10-FL3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRITTANY MOSES | ORDER TO SEAL |

On motion of the Defendant, Brittany Moses, and for good cause shown, it is hereby ORDERED that DE 79 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 24th day of July, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge